UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JAWBONE INNOVATIONS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**META PLATFORMS, INC., D/B/A META,**<br><br>Defendant | **Case No. 6:23-cv-00158**<br><br>**JURY TRIAL DEMANDED**<br><br>**RELATED CASES** |

## NOTICE OF RELATED CASES

This case is related to the following cases:

*Jawbone Innovations, LLC v. Apple, Inc.*, Case No. 6:21-cv-984-ADA; and

*Jawbone Innovations, LLC v. Google LLC*, Case No. 6:21-cv-985-ADA.

Dated: February 28, 2023      Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*OF COUNSEL*:

Alfred R. Fabricant (*pro hac vice* to be filed)
NY Bar No. 2219392

1

Email: ffabricant@fabricantllp.com
Peter Lambrianakos (*pro hac vice* to be filed)
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III (*pro hac vice* to be filed)
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***JAWBONE INNOVATIONS, LLC***