IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br>D/B/A META,<br><br>        Defendant. | Case No. 6:23-cv-00158-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Before the Court is Defendant Meta Platforms, Inc., d/b/a Meta's Unopposed Motion for Extension of Time to Respond to Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court GRANTS Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

Defendant Meta Platforms, Inc., d/b/a Meta shall have up to and including May 30, 2023 to respond to Plaintiff's Complaint.

Signed this 10th day of April, 2023.

                                                        DEREK T. GILLILAND
                                                        UNITED STATES MAGISTRATE JUDGE